```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
MICHAEL LEEOLOU,                       :
                                       :
                    Plaintiff,         :
                                       :
     - against -                       :      ORDER
                                       :
MOVIRI INC., et al.,                   :      19 Civ. 8555
                                       :
                                       :
                    Defendant.         :
---------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 9/4/2020

**VICTOR MARRERO, United States District Judge.**

The Complaint in this action was filed on September 13, 2019. The Docket Sheet indicates that defendant Paolo Bozzola has not been served. By order dated December 9, 2019, the Court extended defendant Moviri Inc.'s deadline to respond to the Complaint to December 23, 2019. A review of the Docket Sheet indicates that Defendant Moviri has not answered or otherwise responded to the Complaint and that Plaintiff has not requested further action by the Court. Accordingly, it is hereby

**ORDERED** that Plaintiff inform the Court, by September 11, 2020, concerning the status of this action and Plaintiff's contemplation with regard to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:   September 4, 2020
         New York, New York

_____
Victor Marrero
U.S.D.J.